**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**CARL EDWARD DOTSON**
**ADC #122778** **PLAINTIFF**

**v.** **No. 3:26-cv-185-DPM**

**COWGILL, Classification, Benny Magness Unit; T. HURST, Warden Unit Administration, Benny Magness Unit; P. MCNULTY, Records, NCU Administration, Benny Magness Unit; FELTON, Horse Rider, Sgt. 196864, Benny Magness Unit; and KRSYSAN GIGER, Records, Benny Magness Unit** **DEFENDANTS**

# ORDER

On *de novo* review, the Court adopts Magistrate Judge Ervin's recommendation, *Doc. 10*, and overrules Dotson's objections, *Doc. 11*. Fed. R. Civ. P. 72(b)(3). Dotson's third amended complaint will be dismissed without prejudice. Strike recommended. 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

D.P. Marshall Jr.
United States District Judge

25 September 2026