**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**CARL EDWARD DOTSON**
**ADC #122778** **PLAINTIFF**

**v.** **No. 3:26-cv-185-DPM**

**COWGILL, Classification, Benny Magness Unit; T. HURST, Warden Unit Administration, Benny Magness Unit; P. MCNULTY, Records, NCU Administration, Benny Magness Unit; FELTON, Horse Rider, Sgt. 196864, Benny Magness Unit; and KRSYSAN GIGER, Records, Benny Magness Unit** **DEFENDANTS**

# JUDGMENT

Dotson's third amended complaint is dismissed without prejudice.

D.P. Marshall Jr.
United States District Judge

25 September 2026